**Exhibit A to the Complaint**

**Location:** Yorba Linda, CA  **IP Address:** 76.95.10.16
**Total Works Infringed:** 36  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | DD27B2E3BFBE35CC1D51931342BE04E244FC3337 | Vixen | 09/24/2018 04:43:47 | 09/11/2018 | 10/16/2018 | PA0002127780 |
| 2 | 0264649D9EDC5C807F5C2148C5A2939DACCEFF76 | Tushy | 08/20/2018 05:12:03 | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 3 | 04D48605B085200AAFFD413035F8FC70778AE7D8 | Vixen | 08/21/2018 03:06:44 | 08/12/2018 | 09/01/2018 | PA0002119680 |
| 4 | 0B3A21B0A684E764ED80A293FBD8E0D04D32CA96 | Vixen | 05/14/2018 04:01:22 | 05/09/2018 | 06/19/2018 | PA0002126667 |
| 5 | 10BFFB503DB92610FD7544A57D3288394F0E7529 | Vixen | 04/14/2018 07:48:59 | 04/09/2018 | 06/19/2018 | PA0002126676 |
| 6 | 1259629B7BC4EDFE7335E9B60985FF6BC4CE2796 | Blacked | 01/25/2018 05:42:31 | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 7 | 132306731BA4E832924218F9E2C6072F7CD4C534 | Tushy | 05/21/2018 06:15:29 | 05/16/2018 | 06/19/2018 | PA0002126446 |
| 8 | 266A227AEB0BC8CC5FC41DA641A0E1D902733E55 | Tushy | 05/14/2018 04:01:22 | 05/11/2018 | 05/24/2018 | PA0002101379 |
| 9 | 2D2033031F7AF8532084FFC47F96547A8BEF6E7F | Tushy | 05/06/2018 22:40:03 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 10 | 3E384F438C70C7BA055E85ECEEE100592FE35556 | Tushy | 07/02/2018 00:33:26 | 06/30/2018 | 07/26/2018 | PA0002112157 |
| 11 | 48FB3E6F1BC696182422933E82513BCF9FEAD50E | Tushy | 08/20/2018 05:15:56 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 12 | 4A01E15D5843C264BF2691AC218227619A171413 | Tushy | 07/27/2018 05:01:52 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 13 | 537AE5105656EEBC2976BDF664867DB1F50B7D0E | Vixen | 04/30/2018 19:20:01 | 04/29/2018 | 06/19/2018 | PA0002126677 |
| 14 | 57EEE68389246C4CCA1FF68893521DE41CF2238A | Vixen | 08/27/2018 00:35:14 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 15 | 61C5D4A09B73490F0CF66705158BB31507F830EB | Vixen | 09/24/2018 04:41:27 | 09/14/2018 | 11/01/2018 | 17094105331 |
| 16 | 69B402A84DAAE5E9457E233843F8586902185208 | Vixen | 07/15/2018 02:03:03 | 07/13/2018 | 08/07/2018 | PA0002131906 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 6EA3FD7F30929CC42BF2F8291365E3068C11543A | Tushy | 05/25/2018 20:00:57 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 18 | 6EDFF0FD25996279602763D6F1D680D8CB363457 | Vixen | 05/25/2018 20:00:22 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 19 | 7035680CC98BA7F77B0F2DE9924C79CC9251C662 | Tushy | 04/26/2018 19:52:03 | 04/26/2018 | 06/19/2018 | PA0002126639 |
| 20 | 718C36FD87DD425812E1886CCC6B5E77373436F6 | Vixen | 10/08/2018 00:11:21 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 21 | 71FF84F6900994659E25D84416EDB094B89D2AC0 | Tushy | 06/07/2018 15:43:40 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 22 | 820C10AD6FEE4FD986413C60F8DA0B5CBCF4A01F | Tushy | 06/19/2018 01:40:16 | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 23 | 83083DF4903878A23E164B47673C8A2D3BECA05E | Tushy | 07/14/2018 23:18:23 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 24 | 8620B7E581B5B5AB6EE334085C3FECAF3C0A4319 | Vixen | 06/19/2018 03:46:06 | 06/13/2018 | 07/14/2018 | PA0002128389 |
| 25 | 9B53AE806251B59CBB564AD6C07F18B0A886CE1E | Tushy | 07/22/2018 02:33:08 | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 26 | 9C5CB5315662EFE9A645A635B6216CA3352400E3 | Tushy | 04/14/2018 07:48:54 | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 27 | A28518640652350787D98C06C0C328485844D1A4 | Tushy | 07/02/2018 00:44:48 | 06/20/2018 | 08/07/2018 | PA0002132405 |
| 28 | A77B6628A49FDA1F2E8759CC05A1299D177F5EDD | Tushy | 10/08/2018 06:26:34 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 29 | AB46E6243E650451197892DB7E5045C25E113955 | Vixen | 04/15/2018 07:37:56 | 04/14/2018 | 06/19/2018 | PA0002126645 |
| 30 | CB1D6F9682C5A65AF38616CA877278B58BD5EEED | Tushy | 08/20/2018 05:12:03 | 08/19/2018 | 09/05/2018 | PA0002134998 |
| 31 | CE3694F51633DADF8B9C269C51125DCDAA161BA2 | Vixen | 07/27/2018 05:03:12 | 07/23/2018 | 09/05/2018 | PA0002135670 |
| 32 | DCDA4AF61474A2E02BCD07C3B917D56ADEB029C9 | Vixen | 04/25/2018 22:21:24 | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 33 | E69BB37CE99BE570CC9EB659F45DDEF6E740E3BE | Blacked | 10/04/2017 22:58:50 | 08/13/2017 | 08/17/2017 | PA0002077675 |
| 34 | E7C296FD996E13BDE21F741E27BAB7BAB315A948 | Tushy | 09/11/2018 06:23:22 | 09/08/2018 | 10/16/2018 | PA0002127788 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | FDE3ABDBAF06666E82AEF4D1B4C25F7CD6F269D1 | Vixen | 05/05/2018 17:59:57 | 05/04/2018 | 06/19/2018 | PA0002126680 |
| 36 | FF89A4F30465594B24C0C9653E3FCD347A19619B | Vixen | 05/21/2018 06:12:10 | 05/14/2018 | 06/19/2018 | PA0002126499 |